918

No. 838.  WHDH, INC., *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied. *William J. Dempsey, William C. Koplovitz* and *Harry J. Ockershausen* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission; *J. Joseph Maloney, Jr.* for Greater Boston Television Corp.; and *Lewis H. Weinstein* for Massachusetts Bay Telecasters, Inc., respondents.

No. 845.  MISSISSIPPI VALLEY ELECTRIC CO. ET AL. *v.* LOCAL 130, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO.  C. A. 5th Cir.  Certiorari denied. *Conrad Meyer III* for petitioners.

No. 813.  UTAH ET AL. *v.* UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.  *Walter L. Budge,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the United States and the Civil Service Commission.

No. 852.  ROEBLING *v.* DILLON, SECRETARY OF THE TREASURY.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *John K. Pickens, Jerry N. Griffith, M. Joseph Stoutenburgh* and *Harry Heher* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.